# SCHRIER SHAYNE, P.C.

www.SchrierShayne.com

Garden City – Manhattan – Florida

**Long Island Office**
2090 Front Street
East Meadow, New York 11554
*Tel. No.: (516) 739-8000 • Fax No.: (516) 739-8004*

**New York City Office**
64 Fulton Street, Suite 1000
New York, NY 10038
*Tel. No.: (212) 566-4949*
*Fax No.: (212) 202-5423*

Via ECF
Hon Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: The Court directs that documents 7 and 11 be stricken from the docket. Paul A. Crotty USDJ 7/11/2023]*

July 6, 2023

## LETTER MOTION BY PLAINTIFF

Re: Schrier et.al. v Xiyan Zhang, et. al. (23 cv 5431 (PAC))

Dear Judge Crotty;

This letter motion is being made to correct the docket in this case. The complaint was originally filed on May 26, 2023 and mistakenly the "all parties" radial button was selected.
When the issue was brought to the attention of my office, it is my understanding that we were erroneously advised by the "help desk" to file an Amended Complaint, which we did (see Doc #7 and #11).
The Amended Complaint was exactly the same as the original complaint and after speaking to the head clerk, we are now correcting Document #1 and request that documents #7 and #11 be stricken from the docket.

Very truly yours,
SCHRIER SHAYNE, P.C.

By: ___S/ Richard E. Schrier___
RICHARD E. SCHRIER, ESQ. (9985)
516-578-8999 ((direct number)
resincourt@aol.com
richardschrier@gmail.com